IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

NESTOR CLASS HERNANDEZ,  :
:
Petitioner,  :
:
v.  :  CIVIL ACTION NO.
:  1:16-CV-2699-RWS
WARDEN DREW,  :
:
Respondent.  :

## ORDER

This matter is before the Court on the Report and Recommendation of Magistrate Judge Linda T. Walker [Doc. No. 3]. No objections have been filed thereto. Having carefully considered the record and the Report and Recommendation, the Report and Recommendation [Doc. No. 3] is hereby approved and adopted as the opinion and order of this Court. As such, the Court hereby re-characterizes the petition as a § 2255 motion and transfers this case to the United States District Court for the District of Puerto Rico for further proceedings.

**SO ORDERED**, this 24th day of October, 2016.

_____
RICHARD W. STORY
United States District Judge

AO 72A
(Rev.8/82)